## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>       Plaintiff,<br><br> v.<br><br>PREMIUM COAL COMPANY, INC.,<br><br>       Defendant. | NO. 5:12-cv-01253-JMC<br><br>**Stipulation of Voluntary Dismissal Under Fed. R. Civ. P. 41(1)(A)(ii)** |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between counsel for plaintiff Norfolk Southern Railway Company and counsel for defendant Premium Coal Company, Inc., that the above-captioned action, and all claims contained therein, are dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

                      Respectfully submitted:

**HULL BARRETT, PC**

By: **s/George R. Hall**
(Fed. ID # 1673)
801 Broad Street, 7th Floor
Augusta, GA 30901
(t) 706/722-4481 | (f) 706.722.9779
(e) GHall@hullbarrett.com

**KEENAN COHEN & HOWARD, PC**
Paul D. Keenan (*pro hac vice*)
Christopher J. Merrick (*pro hac vice*)
One Pitcairn Place
165 Township Line Rd, Suite 2400
Jenkintown, PA 19046
(t) 215/609-1110 | (f) 215.609.1117
(e) pkeenan@freightlaw.net
(e) cmerrick@freightlaw.net

*Counsel For Plaintiff Norfolk Southern Railway Company*

Dated: May 2, 2013

**DOUGLAS JENNINGS LAW FIRM, LLC**

By: **s/Douglas Jennings, Jr.**
(Fed. ID # 2168)
P.O. Box 995, 151 Broad Street
Bennettsville, SC 29512
(t) 843/479-2865 | (f) 843.479.2866
(e) doug@jenningslawoffice.com

**JAMES C. JUSTICE COMPANIES, INC.**
Allen Wayne Dudley, Jr. (*pro hac vice*)
302 S. Jefferson Street
Roanoke, VA 24011
(t) 540/776-7890
(e) aj.dudley@justicecorporation.com

*Counsel For Defendant Premium Coal Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, a copy of the foregoing Stipulation of Dismissal was filed electronically with the Clerk of the Court for the United States District Court for the District of South Carolina in accordance with the local rules using the CM/ECF system, which will send notification of such filing to the following:

Douglas Jennings Law Firm, LLC
Douglas Jennings, Jr.
151 Broad Street
P.O. Box 995
Bennettsville, SC 29512
doug@jenningslawoffice.com
carol@jenningslawoffice.com

James C Justice Companies, Inc., and Affiliated Entities
Allen Wayne Dudley, Jr.
302 S. Jefferson Street
Roanoke, VA 24011
aj.dudley@justicecorporation.com

**HULL BARRETT, PC**

By: **/s George R. Hall**